UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 53525
    ARTURO A ARGUIJO
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1199

---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 10/13/2005 and was confirmed 01/09/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  36.75% from remaining funds.

    The case was paid in full 11/17/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | SECURED | 1000.00 | 24.15 | 1000.00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 33300.00 | .00 | 33300.00 |
| GATEWAY | SECURED | 500.00 | 12.08 | 500.00 |
| CAPITAL ONE | UNSECURED | 568.04 | .00 | 208.75 |
| CAPITAL ONE | UNSECURED | 982.86 | .00 | 361.20 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1706.38 | .00 | 627.09 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CARD MANAGEMENT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 945.60 | .00 | 347.51 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 3698.79 | .00 | 1359.31 |
| NATIONAL PAYMENT CENTER | UNSECURED | 2896.01 | .00 | 1064.28 |
| PORTFOLIO RECOVERY | UNSECURED | 2220.08 | .00 | 815.88 |
| CAPITAL ONE | UNSECURED | 265.80 | .00 | 97.68 |
| GMAC | SECURED NOT I | 10607.16 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED OTH | 143.01 | .00 | 52.65 |
| ECAST SETTLEMENT CORP | UNSECURED | 11823.08 | .00 | 4344.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1233.21 | .00 | 453.20 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 1017.69 | .00 | 1017.69 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 3,193.55 |
| DEBTOR REFUND | REFUND | | | 1,084.25 |

            Summary of Receipts and Disbursements:
---------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
---------------------------------------------------------------------
| TRUSTEE | 52,564.25 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 35,817.69 |
| INTEREST | | 36.23 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 53525 ARTURO A ARGUIJO

```
UNSECURED                                    9,732.53
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         3,193.55
DEBTOR REFUND                                1,084.25
                        ---------------   ---------------
TOTALS                    52,564.25          52,564.25
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE